UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

JAN 14 1998

DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E. DIST. NO. CAR.

| | | |
|---|---|---|
| JAMES CECIL WEAR, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:97-CV-694-BR(3) |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion for New Trial or Hearing is DENIED. (BRITT, J)

THIS JUDGMENT FILED AND ENTERED ON JANUARY 14, 1998 & COPIES TO:

James Cecil Wear, Jr.
120 South Ridge Rd.
Dudley, NC 28333

Michael J. Salem
U. S. Dept. of Justice, Tax Division
P. O. Box 227
Washington, DC 20044

January 14, 1998

DAVID W. DANIEL, CLERK

(By) Deputy Clerk



3